IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | 8:05CR237 |
| THERESA LOYE, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Before the Court is defendant's Motion for Pretrial Release [19] requesting Pretrial Services investigate the proposed release plan.   Accordingly,

    IT IS ORDERED that defendant's Motion for Pretrial Release [19] is granted in part.  Pretrial Services shall investigate defendant's proposed release plan and provide a copy of such investigation to the Court and counsel on or before July 22, 2005.

    DATED this 11th day of July, 2005.

                                              BY THE COURT:

                                              S/ F.A. Gossett
                                              United States Magistrate Judge