# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>            Plaintiff,                          )<br>                                                             )<br>     Vs.                                             )<br>                                                             )<br> THERESA LOYE,                            )<br>                                                             )<br>            Defendant.                       ) | 8:05CR237<br><br>**ORDER** |

     IT IS ORDERED that the following is set for hearing on **July 26, 2005** at **9:00 a.m.** before F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

     - Motion for Pretrial Release [237]

     Since this is a criminal case, the defendant must be present, unless excused by the Court.   The proposed third-party custodian must also be present.

     DATED this 21st  day of July, 2005.

                                  BY THE COURT:

                                  S/ F.A. Gossett
                                  United States Magistrate Judge